[No. 51108-4-I.   Division One.   October 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY PAUL PELLUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06883-8, Carol A. Schapira, J., entered August 27, 2002. *Dismissed* by unpublished per curiam opinion.

[No. 51186-6-I.   Division One.   October 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS NEAL WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03674-7, Steven G. Scott, J., entered September 27, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51857-7-I.   Division One.   October 6, 2003.]

MAURICE SAMUELSON, *Appellant*, v. LABORWORKS INDUSTRIAL STAFFING SPECIALISTS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-33881-1, Laura Gene Middaugh, J., entered February 14, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52280-9-I.   Division One.   October 6, 2003.]

EAST DOWNTOWN COMMUNITY ASSOCIATION, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-35584-6, James A. Doerty, J., entered December 12, 2002. *Affirmed* by unpublished per curiam opinion.